# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**James J. Aquilino** :
: BANKRUPTCY NO. **18-18300 MDC**
Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Confirmation hearing until 4/11/2019 at 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: March 8, 2019

/s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| James J. Aquilino | : |
| Debtor(s) | : BANKRUPTCY NO. 18-18300 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

**James J. Aquilino**
411 Eldon Drive
Broomall, PA 19008

**PATRICIA M. MAYER**
Patricia M. Mayer, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106


Date:  March 8, 2019

/s/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee