United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-18300-mdc
James J. Aquilino                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2            Date Rcvd: Mar 11, 2019
                              Form ID: 152             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             +James J. Aquilino,    411 Eldon Drive,    Broomall, PA 19008-4139
14247788       +I C System Inc,   Po Box 64378,    Saint Paul, MN 55164-0378
14247790       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14247791       +Marple Township,    227 S. Sproul Road,    Broomall, PA 19008-2397
14284467       +SN Servicing Corp,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14247793      #+Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
14247795       +Viriva Community Credit Union,    157 York Rd,    Warminster, PA 18974-4514
14247796        Wilmington Savings Fund Society,    c/o Fay Servicing, LLC,    330 S. LaSalle Street, Suite 2000,
                 Chicago, IL 60605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:52:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:51:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2019 02:51:48    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14247786       +E-mail/Text: bankruptcy@rentacenter.com Mar 12 2019 02:52:08    Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
14247787        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 02:53:17      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14256936        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 02:52:57
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14247789       +E-mail/Text: cio.bncmail@irs.gov Mar 12 2019 02:51:26     Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
14247792        E-mail/Text: bankruptcy@philapark.org Mar 12 2019 02:52:06      Philadelphia Parking Authority,
                 P.O. Box 41819,   Philadelphia, PA 19101-1819
14279297        E-mail/Text: bknotices@snsc.com Mar 12 2019 02:52:07     SN Servicing Corporation,
                 323 5th Street,   Eureka, CA 95501
14247794       +E-mail/Text: bknotices@snsc.com Mar 12 2019 02:52:07     SN Servicing Corportation,
                 323 5th Street,   Eureka, CA 95501-0305
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         PATRICIA M. MAYER    on behalf of Debtor James J. Aquilino patriciamayerpc@gmail.com,
          nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Elizon Master Participation Trust I, U.S. Bank Trust
          National Association, as Owner Trustee bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Mar 11, 2019
                              Form ID: 152             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James J. Aquilino
    Debtor(s)

Case No: 18–18300–mdc
Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 4/11/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

26
Form 152