# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                       Bankruptcy No. 18-18300-MDC

        JAMES J. AQUILINO

        411 ELDON DRIVE

        BROOMALL, PA 19008

                Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

      **Debtor(s), at the address listed, by first class mail.**
        JAMES J. AQUILINO

        411 ELDON DRIVE

        BROOMALL, PA 19008

      **Counsel for debtor(s), by electronic notice only.**
        PATRICIA M. MAYER, ESQUIRE
        PATRICIA M. MAYER, PC
        301 OXFORD VALLEY RD - SUITE 203B
        YARDLEY, PA 19067-

      **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                                /s/ William C. Miller

Date: 5/29/2019

                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee