UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    James J. Aquilino,                        :      Chapter 13
        Debtor.                              :
                                                    :      Bankruptcy No. 18-18300-mdc

**CERTIFICATION OF NO OBJECTION**

    I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request for hearing or other response was received to the Application for Compensation and Reimbursement of Expenses filed by Attorney for Debtor.

        /s/ Patricia M. Mayer
        Patricia M. Mayer, Esquire
        301 Oxford Valley Road, Suite 203B
        Yardley, PA 19067
        (215) 493-4300
        Counsel for Debtor

Dated:  07/17/2019