UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :    Chapter 13
    James J. Aquilino,                    :
                                          :    Bankruptcy No. 18-18300mdc
        Debtor.                           :

# ORDER

**AND NOW**, this  6th   day of     August    , 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $4,400.00, of which $2,400.00 has been paid, is approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $2,000.00 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

Magdeline D. Coleman
Chief Judge United States Bankruptcy Judge