**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   Chapter 13
JAMES J. AQUILINO

           Debtor                 Bankruptcy No. 18-18300-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 24, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PATRICIA M. MAYER, ESQUIRE
PATRICIA M. MAYER, PC
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Debtor:
JAMES J. AQUILINO

411 ELDON DRIVE

BROOMALL, PA 19008