United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James J. Aquilino
    Debtor

Case No. 18-18300-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 2     Date Rcvd: Oct 24, 2019
                 Form ID: pdf900     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
```
db              +James J. Aquilino,    411 Eldon Drive,    Broomall, PA 19008-4139
14247788        +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14247790        +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
14247791        +Marple Township,    227 S. Sproul Road,    Broomall, PA 19008-2397
14322943        +Marple Township,    c/o Edward O'Lone, Finance Director,    227 South Sproul Road,
                  Broomall, PA 19008-2397
14347803        +Patricia M. Mayer,    301 Oxford Valley Road, Suite 203B,    Yardley, PA 19067-7708
14284467        +SN Servicing Corp,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14247793       #+Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
14247795        +Viriva Community Credit Union,    157 York Rd,    Warminster, PA 18974-4514
14247796         Wilmington Savings Fund Society,    c/o Fay Servicing, LLC,    330 S. LaSalle Street, Suite 2000,
                  Chicago, IL 60605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: bncnotice@ph13trustee.com Oct 25 2019 03:31:08      WILLIAM C. MILLER,
                  Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:31:00      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2019 03:30:30
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2019 03:30:40      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14247786        +E-mail/Text: bankruptcy@rentacenter.com Oct 25 2019 03:31:09      Acceptance Now,
                  5501 Headquarters Dr,    Plano, TX 75024-5837
14247787         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:39:17      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
14256936         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:39:18
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14247789        +E-mail/Text: cio.bncmail@irs.gov Oct 25 2019 03:30:10      Internal Revenue Service,
                  600 Arch Street,    Philadelphia, PA 19106-1695
14247792         E-mail/Text: bankruptcy@philapark.org Oct 25 2019 03:31:07      Philadelphia Parking Authority,
                  P.O. Box 41819,    Philadelphia, PA 19101-1819
14279297         E-mail/Text: bknotices@snsc.com Oct 25 2019 03:31:08      SN Servicing Corporation,
                  323 5th Street,    Eureka, CA 95501
14247794        +E-mail/Text: bknotices@snsc.com Oct 25 2019 03:31:08      SN Servicing Corportation,
                  323 5th Street,    Eureka, CA 95501-0305
                                                                                               TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Oct 24, 2019
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:

  PATRICIA M. MAYER    on behalf of Debtor James J. Aquilino patriciamayerpc@gmail.com,
   nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
  REBECCA ANN SOLARZ    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
   National Association, as Owner Trustee bkgroup@kmllawgroup.com
  SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
  United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
  WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
   philaecf@gmail.com
  WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                              TOTAL: 6

Case 18-18300-mdc    Doc 62    Filed 10/26/19    Entered 10/27/19 00:54:06    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>JAMES J. AQUILINO | **Chapter 13** |
| Debtor | Bankruptcy No. 18-18300-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 24, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PATRICIA M. MAYER, ESQUIRE
PATRICIA M. MAYER, PC
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Debtor:
JAMES J. AQUILINO

411 ELDON DRIVE

BROOMALL, PA 19008